FILED 28 APR '15 15:04 USDC-ORP

UNITED STATES DISTRICT COURT
DISTRICT OF OREGON
PORTLAND DIVISION

Robert west
_____

*(Enter full name of plaintiff(s))*

Plaintiff(s),

v.

Mayor Hales
Chief Reese
_____
*(Enter full name of ALL defendant(s))*
150 officers

Defendant(s).

Civil Case No.  3'15  CV-715- ST
*(to be assigned by Clerk of the Court)*

**APPLICATION TO PROCEED
*IN FORMA PAUPERIS***

I, Robert west, declare that I am the plaintiff in the above-entitled proceeding; that, in support of my request to proceed without prepayment of fees under 28 U.S.C. § 1915, I declare than I am unable to pay the fees for these proceedings or give security therefor and that I am entitled to the relief sought in the complaint.

In support of this application, I answer the following questions:

1. Are you currently incarcerated?   ☐ Yes ☒ No

    If "Yes" state the place of your incarceration: _____

    **If "Yes" and you are filing a civil action, have the institution fill out the Certificate portion of this application and attach a certified copy of your prison trust account showing transactions for the past six (6) months.**

2. Are you currently employed?   ☐ Yes ☒ No ☐ Self-employed

    a. If the answer is "Yes," state:

       Employer's name: _____

       Employer's address: _____

       Amount of take-home pay or wages: $_____ per _____ *(specify pay period)*

Revised August 6, 2010
Page 1

USDC - Oregon

b.  If the answer is "No," state:

   Name of last employer: _____

   Address of last employer: _____

   Date of last employment: _____

   Amount of take-home salary or wages: $_____ per _____ (*specify pay period*)

3. Is your spouse or significant-other employed? ☐ Yes ☐ No ☐ Self-employed ☐ Not applicable
   If the answer is "Yes," state:

   Employer's name: _____

   Employer's address: _____

   Amount of take-home pay or wages: $_____ per _____ (*specify pay period*)

4. In the past 12 months have you received any money from any of the following sources?

   a. Business, profession or other self-employment   ☐ Yes ☒ No
      If "Yes," state: Amount received:         $ _____
      Amount expected in future:                $ _____

   b. Rent payments, interest, or dividends   ☐ Yes ☒ No
      If "Yes," state: Amount received:         $ _____
      Amount expected in future:                $ _____

   c. Pensions, annuities, or life insurance payments   ☐ Yes ☒ No
      If "Yes," state: Amount received:         $ _____
      Amount expected in future:                $ _____

   d. Disability or workers compensation payments   ☒ Yes ☐ No
      If "Yes," state: Amount received:         $ 700
      Amount expected in future:                $ _____

   e. Gifts or inheritances   ☐ Yes ☒ No
      If "Yes," state: Amount received:         $ _____
      Amount expected in future:                $ _____

   f. Any other sources   ☐ Yes ☒ No
      If "Yes," state: Source: _____
      Amount received:                          $ _____
      Amount expected in future:                $ _____

5. Do you have cash or checking or savings accounts? ☒ Yes ☐ No
(including prison trust accounts)?

If "Yes," state the total amount: $500

6. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or other valuable property?   ☒ Yes ☐ No

If "Yes," describe the asset(s) and state the value of each asset listed.
Car

7. Do you have any other assets?   ☐ Yes ☒ No

If "Yes," list the asset(s) and state the value of each asset listed.

8. Do you have any housing, transportation, utilities, or loan payments, or other regular monthly expenses?   ☒ Yes ☐ No

If "Yes," describe and provide the amount of the monthly expense.
Insurance $200
Gas         100
Rent

9. List the persons (or, if under 18, initials only) who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.
N/A

10. Do you have any debts or financial obligations?  ☒ Yes  ☐ No

If "Yes," describe the amounts owed and to whom they are payable.

credit cards 1,500

If I am incarcerated, I hereby authorize the agency having custody of me to collect from my trust account and forward to the Clerk of the United States District Court payments toward the full filing fee of $350.00 for a prisoner civil rights complaint in accordance with 28 U.S.C. § 1915(b).

I declare under penalty of perjury that the above information is true and correct.

4/28/2015
DATE

*[signature]*
SIGNATURE OF APPLICANT

Robert Lee West
PRINTED NAME OF APPLICANT

## CERTIFICATE
(To be completed by the institution of incarceration.)

I certify that the applicant named herein has the sum of $_____ on account to his/her credit at _____ (name of institution). I further certify that during the past six months the applicant's average monthly balance was $_____. I further certify that during the past six months the average of monthly deposits to the applicant's account was $_____.

**I have attached a certified copy of the applicant's trust account statement showing the transactions for the past six months.**

_____        _____
           DATE                                      SIGNATURE OF AUTHORIZED OFFICER