FILED 28 APR '15 15:06 USDC-ORP

Name, Address,
E-mail, & Phone

## UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

Robert Lee West

Plaintiff(s),

v.

Mayor Hales Portland
Chief of Police Portland Reese

Defendant(s).

Case No. 3'15 CV-715- ST

**MOTION FOR APPOINTMENT OF PRO BONO COUNSEL**

I, Robert Lee West, move for the appointment of pro bono counsel.

To support this motion, I declare under penalty of perjury that (check one):

☐ I have been granted, or have applied for, permission to proceed *in forma pauperis*.

☐ I have attached an affidavit demonstrating my inability to pay the cost of an attorney.

I have made the following diligent efforts to obtain legal counsel but have been unsuccessful because of my poverty (describe below):

I need appointed counsel to assist me because (describe below):

_____  
Signature

4/28/15  
Date

Robert West  
Printed Name

# AFFIDAVIT IN SUPPORT OF
# MOTION FOR APPOINTMENT OF PRO BONO COUNSEL

I answer the following questions under penalty of perjury:

1. **Are you currently incarcerated?** ☐ Yes ☒ No

    If you answered yes, where are you are incarcerated? _____

2. **Are you currently employed?** ☐ Yes ☒ No

    **If you are employed:**

    List your employer's name: _____

    List your employer's address: _____

    Amount of take-home pay: $_____ per _____ (hour, day, week, month)

    **If you are not employed:**

    Name your last employer: _____

    Last employer's address: _____

    Date of last employment: _____

    Amount of take-home pay: $_____ per _____ (hour, day, week, month)

3. **Is your spouse or significant-other employed?** ☐ Yes ☐ No ☒ Not Applicable

    Name of employer: _____

    Employer's address: _____

    Date of last employment: _____

    Amount of take-home pay: $_____ per _____ (hour, day, week, month)

4. Have you received money from any of the following sources in the last 12 months?

    - **Business, professions, or other self-employment:**

        ☐ Yes    Amount Received: $_____    Amount expected in future: $_____

        ☒ No

    - **Rent payments, interest, or dividends:**

        ☐ Yes    Amount Received: $_____    Amount expected in future: $_____

        ☒ No

- **Pensions, annuities, or life insurance payments:**
  - ☐ Yes    Amount Received: $_____    Amount expected in future: $_____
  - ☒ No

- **Disability or workers compensation payments:**
  - ☒ Yes    Amount Received: $ 700    Amount expected in future: $_____
  - ☐ No

- **Gifts or inheritances:**
  - ☐ Yes    Amount Received: $_____    Amount expected in future: $_____
  - ☒ No

- **Any other sources:**
  - ☐ Yes    Amount Received: $_____    Amount expected in future: $_____
  - ☒ No

5. Do you have cash or savings accounts, including prison trust accounts?
   - ☒ Yes    Total amount: $ 500
   - ☒ No

6. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles, or other valuable property?  ☒ Yes (describe below)  ☐ No

| Type of Asset | Brief Description | Estimated Value |
|---|---|---|
| ~~SSI~~ | | |
| car | | $15,000 |
| | | |
| | | |
| | | |

7. Do you have any other assets?  ☐ Yes (describe below)  ☒ No

| Type of Asset | Brief Description | Estimated Value |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |

8. Do you have monthly expenses, including housing, transportation, utility, judgments, loan payments, or other regular expenses? ☒ Yes (describe below)  ☐ No

| Expense Description | Estimated Monthly Payment |
|---|---|
| ~~1300~~ Rent | $1300 |
| Insurance | $100 |
| Gas | $100 |
| | |
| | |

9. List the persons (or, if under 18, initials only) who are dependent on you for support:

| Name or Minor's Initials | Relationship (Spouse, child, parent, etc.) | Amount of Monthly Support Your Provide |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

10. Do you have any debts or financial obligations?  ☐ Yes (describe below)  ☐ No


_____        4/28/2015
Signature                                                      Date

Robert West
Printed Name