FILED 20 MAY '15 15:53 USDC-ORP

Name, Address,
E-mail, & Phone

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

Robert West

Plaintiff(s),

v. Mayor Hales
Police chief Re
150 officers

Defendant(s).

Case No.: 3'15 CV-715-ST

**MOTION FOR APPOINTMENT OF PRO BONO COUNSEL**

I, Robert West, move for the appointment of pro bono counsel.

To support this motion, I declare under penalty of perjury that (check one):

☐ I have been granted, or have applied for, permission to proceed *in forma pauperis*.

☐ I have attached an affidavit demonstrating my inability to pay the cost of an attorney.

I have made the following diligent efforts to obtain legal counsel but have been unsuccessful because of my poverty (describe below):
I called several law firms and was told that they could not take my case

I need appointed counsel to assist me because (describe below):
I need help with the form and filing and Research

_____
Signature

Robert West
Printed Name

5/20/2015
Date

AFFIDAVIT IN SUPPORT OF
MOTION FOR APPOINTMENT OF PRO BONO COUNSEL

I answer the following questions under penalty of perjury:

1. **Are you currently incarcerated?** ☐ Yes ☒ No

    If you answered yes, where are you are incarcerated? _____

2. **Are you currently employed?** ☐ Yes ☒ No

    **If you are employed:**

    List your employer's name: _____

    List your employer's address: _____

    Amount of take-home pay: $_____ per _____ (hour, day, week, month)

    **If you are not employed:**

    Name your last employer: —

    Last employer's address: —

    Date of last employment: —

    Amount of take-home pay: $ — per — (hour, day, week, month)

3. **Is your spouse or significant-other employed?** ☐ Yes ☐ No ☒ Not Applicable

    Name of employer: _____

    Employer's address: _____

    Date of last employment: _____

    Amount of take-home pay: $_____ per _____ (hour, day, week, month)

4. **Have you received money from any of the following sources in the last 12 months?**

    - **Business, professions, or other self-employment:**

        ☐ Yes   Amount Received: $_____   Amount expected in future: $_____

        ☒ No

    - **Rent payments, interest, or dividends:**

        ☐ Yes   Amount Received: $_____   Amount expected in future: $_____

        ☒ No

It's Been 25 years since I worked a job other than volenteering or school 15 years for school

I've Been on SSI for 20 years

- Pensions, annuities, or life insurance payments:
  ☐ Yes   Amount Received: $_____   Amount expected in future: $_____
  ☒ No

- Disability or workers compensation payments:
  ☒ Yes   Amount Received: $ 7:13   Amount expected in future: $_____
  ☐ No

- Gifts or inheritances:
  ☐ Yes   Amount Received: $_____   Amount expected in future: $_____
  ☒ No

- Any other sources:
  ☒ Yes   Amount Received: $ 180 food stamp card   Amount expected in future: $_____
  ☐ No

5. Do you have cash or savings accounts, including prison trust accounts?
   ☒ Yes   Total amount: $ 535
   ☐ No

6. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles, or other valuable property?   ☒ Yes (describe below)   ☐ No

| Type of Asset | Brief Description | Estimated Value |
|---|---|---|
| Car | 2014 Pris | |
| | | |
| | | |
| | | |
| | | |

7. Do you have any other assets?   ☐ Yes (describe below)   ☒ No

| Type of Asset | Brief Description | Estimated Value |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |

notes  I get $713 SSI  $180 food stamp card
Last car Insurance payment is $1200 Including
Renters Insurance

8. Do you have monthly expenses, including housing, transportation, utility, judgments, loan payments, or other regular expenses? ☑ Yes (describe below) ☐ No

| Expense Description | Estimated Monthly Payment |
|---|---|
| Rent | $300 |
| Insurance | $200 |
| Gas | $100 |
| Phone | $55 |
| | |

9. List the persons (or, if under 18, initials only) who are dependent on you for support:

| Name or Minor's Initials | Relationship (Spouse, child, parent, etc.) | Amount of Monthly Support Your Provide |
|---|---|---|
| none | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

10. Do you have any debts or financial obligations? ☑ Yes (describe below) ☐ No

US Bank $ 2,000   Dept

_____   5/20/2015
Signature                 Date

Robert West
Printed Name