Robert West

# UNITED STATES DISTRICT COURT

# DISTRICT OF OREGON

**ROBERT WEST**
**Plaintiff(s),**

v.

**MAYOR HALES, et al.**
**Defendant(s).**

Case No.: 3:15–cv–00715–ST

**PRO BONO APPOINTMENT RESPONSE FORM**

_____ /

In response to the Court's Order Appointing Pro Bono Counsel, I hereby certify that:

☒ Representation of Robert West for the purpose of filing an amended complaint is accepted. If appropriate, a Substitution of Counsel will be filed to designate the responsible attorney continuing as counsel of record.

☐ Termination of this appointment is requested based on the following conflict of interest:

☐ No conflict of interest exists. However, termination of this appointment is requested for the following reason(s):

**DATED** this ____22____ day of __June_____ __2015__.

                                                                                                                         /s/ Greg Lockwood
                                                                                                                          Signature
                                                                                                        Greg Lockwood, OSB No. 114415
                                                                             Printed Name and Oregon State Bar No.