Greg Lockwood, OSB 114415
HITT HILLER MONFILS WILLIAMS LLP
411 SW Second Avenue, Suite 400
Portland, OR 97204
Telephone: (503) 228-8870
Facsimile: (503) 228-4250
E-mail Address: glockwood@hittandhiller.com

    Of Attorneys for Robert West

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF OREGON
# PORTLAND DIVISION

| | |
|---|---|
| ROBERT LEE WEST,<br><br>    Plaintiff,<br><br>v.<br><br>MAYOR HALES, CHIEF OF POLICE REESE, and 150 OFFICERS,<br><br>    Defendants. | Case No. 3:15-cv-00715-ST<br><br>DECLARATION OF GREG LOCKWOOD IN SUPPORT OF PLAINTIFF'S MOTION FOR AN EXTENSION OF TIME TO FILE AN AMENDED COMPLAINT |

    I, Greg Lockwood, hereby make the following declaration pursuant to 28 U.S.C. § 1746. I make this declaration on personal knowledge and, if called upon to do so, I could and would competently testify to the following matters.

    1. I am the appointed attorney for Robert West and I received my appointment from this court on June 24, 2015.

    2. Since accepting an appointment, I had a jury trial in Multnomah County Circuit court on July 6 and 7. I also had an arbitration on July 15. In the past few weeks, I had several other cases with deadlines for motions.

    3. All of these things have limited the time that I have been able to dedicate to rewriting plaintiff's complaint.

Page 1 -- DECLARATION OF GREG LOCKWOOD IN SUPPORT OF PLAINTIFF'S MOTION FOR AN EXTENSION OF TIME TO FILE AN AMENDED COMPLAINT

4. For the past few weeks, I have been in communication with representatives from the City of Portland to discuss settlement. I believe that there may be an opportunity to resolve this matter without litigation. And, Mr. West would like me to investigate those avenues.

5. For the foregoing reasons, a 45-day extension to September 4, 2015 is warranted and would provide me with the time needed to further investigate settlement and prepare the complaint, if necessary.

*I declare under penalty of perjury that the foregoing is true and correct.*

DATED: July 16, 2015.                HITT HILLER MONFILS WILLIAMS LLP

                                                By:    /s/ Greg Lockwood
                                                        Greg Lockwood, OSB No. 114415
                                                        Attorney for Plaintiff

Page 2 -- DECLARATION OF GREG LOCKWOOD IN SUPPORT OF PLAINTIFF'S MOTION FOR AN EXTENSION OF TIME TO FILE AN AMENDED COMPLAINT