J. SCOTT MOEDE, Oregon State Bar ID Number 934816
Chief Deputy City Attorney
Email: scott.moede@portlandoregon.gov
Office of City Attorney
1221 SW 4th Avenue, Suite 430
Portland, OR  97204
Telephone: (503) 823-4047
Facsimile: (503) 823-3089
Attorney for Defendant

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

## PORTLAND DIVISION

| | |
|---|---|
| **ROBERT LEE WEST**, | 3:15-cv-00715-ST |
| **PLAINTIFF,** | |
| v. | **STIPULATED GENERAL JUDGMENT OF DISMISSAL WITH PREJUDICE** |
| **CITY OF PORTLAND, and  PORTLAND POLICE BUREAU,** | |
| **DEFENDANTS.** | |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, plaintiff and defendant hereby stipulate as follows:

1. Plaintiff hereby dismisses his Complaint with prejudice in the above-captioned matter.

2. All parties hereto agree that the dismissal stipulated herein is with prejudice, and that no costs or disbursements or attorneys' fees will be assessed against any party.

IT IS SO STIPULATED:

| | |
|---|---|
| */s/ Greg Lockwood* | */s/ J. Scott Moede* |
| Greg Lockwood, OSB #114415 | J. Scott Moede, OSB #934816 |
| Attorney for Plaintiff | Of Attorneys for Defendant |
| | City of Portland |
| Dated:     4/5/2016 | Dated:     4/5/2016 |

Page  1  –  STIPULATED GENERAL JUDGMENT OF DISMISSAL WITH PREJUDICE