UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

ROBERT LEE WEST                                              Case No. 3:15-cv-00715-ST
              Plaintiff,

       v.                                                               ORDER OF DISMISSAL

CITY OF PORTLAND, and PORTLAND
POLICE BUREAU,
              Defendants.

STEWART, Magistrate Judge:

    Based on the STIPULATED GENERAL JUDGMENT OF DISMISSAL WITH PREJUDICE [32], IT IS ORDERED AND ADJUDGED that this case is DISMISSED with prejudice and without an award of attorney fees or costs to any party.

    Dated this 6th day of April, 2016.

                                                          s/Janice M. Stewart
                                                          Janice M. Stewart
                                                          United States Magistrate Judge

1 - ORDER OF DISMISSAL